**Order entered March 27, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00365-CR

**STEVEN WARE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1876179-R**

### ORDER

The State's second motion for extension of time to file its brief is **GRANTED**. The clerk is directed to file the State's brief submitted to the court of March 24, 2020.

/s/  BILL WHITEHILL
     JUSTICE PRESIDING